■ In the Matter of the Dissolution of PENEPENT CORPORATION, INC. RICHARD S. PENEPENT, Appellant; PHILIP A. PENEPENT, Respondent. (Appeal No. 3.) [605 NYS2d 984] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Penepent* ([appeal No. 11] 198 AD2d 782 [decided herewith]). (Appeal from Order of Supreme Court, Genesee County, Morton, J.—Restraining Order.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.

■ In the Matter of the Dissolution of PENEPENT CORPORATION, INC. RICHARD S. PENEPENT, Appellant; PHILIP A. PENEPENT, Respondent. (Appeal No. 4.) [605 NYS2d 984] —Appeal unanimously dismissed without costs *(see, Matter of Anonymous v New York City Health & Hosps. Corp.,* 70 NY2d 972; *People ex rel. Moore v Dalsheim,* 81 AD2d 844). (Appeal from Order of Supreme Court, Genesee County, Morton, J.—Contempt of Court.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.

■ In the Matter of the Dissolution of PENEPENT CORPORATION, INC. RICHARD S. PENEPENT, Appellant; PHILIP A. PENEPENT, Respondent. (Appeal No. 5.) [605 NYS2d 984] —Appeal unanimously dismissed without costs *(see, Matter of Anonymous v New York City Health & Hosps. Corp.,* 70 NY2d 972; *People ex rel. Moore v Dalsheim,* 81 AD2d 844). (Appeal from Order of Supreme Court, Genesee County, Morton, J.—Renewal.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.

■ In the Matter of the Dissolution of PENEPENT CORPORATION, INC. RICHARD S. PENEPENT, Appellant; PHILIP A. PENEPENT, Respondent. (Appeal No. 6.) [605 NYS2d 985] —Appeal unanimously dismissed without costs *(see, Matter of Anonymous v New York City Health & Hosps. Corp.,* 70 NY2d 972; *People ex rel. Moore v Dalsheim,* 81 AD2d 844). (Appeal from Order of Supreme Court, Genesee County, Morton, J.—Contempt of Court.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.

■ In the Matter of the Dissolution of PENEPENT CORPORATION, INC. RICHARD S. PENEPENT, Appellant; PHILIP A. PENEPENT, Respondent. (Appeal No. 7.) [605 NYS2d 985] —Appeal unanimously dismissed without costs *(see, Matter of Anonymous v New York City Health & Hosps. Corp.,* 70 NY2d 972; *People ex rel. Moore v Dalsheim,* 81 AD2d 844). (Appeal from